**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES FOR THE USE OF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. dba MEDALLION SUPPLY, A California Corporation,**<br><br>　　　　　　　**Plaintiff**,<br><br>　v.<br><br>**RCG ELECTRICAL, A PARTNERSHIP, ET. AL.,**<br><br>　　　　　　　**Defendants**. | CV F 03-5721 AWI SMS<br><br>**CONSOLIDATED WITH:**<br>CV F 03-5863 AWI SMS<br>CV F 03-5863 AWI SMS<br>CV F 03-5990 AWI SMS<br>CV F 03-6728 AWI SMS<br>CV F 03-1666 AWI SMS<br><br>**TENTATIVE ORDER OF DISMISSAL** |

On March 14, 2005, the court filed a signed proposed order for the release of interpleader funds. On March 18, 2005, the parties filed a settlement agreement and mutual release. On June 8, 2005, the Clerk of the Court issued a Minute Order. The Minute Order stated: "Pursuant to the settlement agreement filed in this case, and the funds having been distributed, it is hereby requested that the parties file the necessary documents to dismiss all of the related cases encompassed by the settlement agreement."

To date, no party has filed any document to dismiss this action. This action remains open on the court's docket. This court cannot permanently keep any case open. Because it appears the parties have settled this case and do not intend to continue litigating, the court issues this order TENTATIVELY dismissing this action. Within eleven (11) days, any party may file

1 | objections to this tentative order of dismissal.   If no objections are received within eleven (11)
2 | days, the Clerk of the Court is DIRECTED to dismiss this action and close the case.

IT IS SO ORDERED.

**Dated:   September 16, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE