**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES FOR THE USE OF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. dba MEDALLION SUPPLY, A California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RCG ELECTRICAL, A PARTNERSHIP, ET. AL.,<br><br>　　　　　**Defendants**. | CV F 03-5721 AWI SMS<br><br>CONSOLIDATED WITH:<br>CV F 03-5863 AWI SMS<br>CV F 03-5863 AWI SMS<br>CV F 03-5990 AWI SMS<br>CV F 03-6728 AWI SMS<br>CV F 03-1666 AWI SMS<br><br>**ORDER DISMISSING ACTION AND DIRECTING CLERK OF COURT TO CLOSE CASE** |

On March 14, 2005, the court filed a signed proposed order for the release of interpleader funds. On March 18, 2005, the parties filed a settlement agreement and mutual release. On June 8, 2005, the Clerk of the Court issued a Minute Order that stated: "Pursuant to the settlement agreement filed in this case, and the funds having been distributed, it is hereby requested that the parties file the necessary documents to dismiss all of the related cases encompassed by the settlement agreement." When no party filed any document to dismiss this action, the court issued an order tentatively dismissing this action and allowing the parties eleven (11) days in which the parties could file objections to the tentative order of dismissal. Over eleven (11) court days have passed and no party has filed objections.

Accordingly, the court ORDERS that:

1. This action is DISMISSED; and
2. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:** **October 12, 2005**               /s/ **Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE